# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL BRIAN TOOLEY, | |
| Petitioner, | Case No. C10-936-TSZ |
| v. | |
| JEFFREY UTTECHT, | ORDER OF DISMISSAL |
| Respondent. | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Answer, petitioner's reply, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Petitioner's habeas petition is DISMISSED without prejudice for failure to prosecute and for failure to comply with court orders;

(3) Petitioner is GRANTED issuance of a certificate of appealability; and

//

//

ORDER OF DISMISSAL -1

(4)   The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 22nd day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL -2